AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
DEC 15 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| PAUL DAVID STOLIKER | ) | Case No. |
| | ) | |
| | ) | 3 10 71052 |
| | ) | |
| *Defendant(s)* | | |

JL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 14, 2010__ in the county of __San Mateo__ in the __Northern__ District of __California__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 2113(a) | Bank Robbery By Force, Violence, or Intimidation |

This criminal complaint is based on these facts:
See Attached Affidavit of Special Agent Adrienne Sparrow

Approved as to Form: _____
AUSA Cynthia M. Frey

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Adrienne Sparrow, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/15/2010__

_____
*Judge's signature*

City and state: __San Francisco, California__     Hon. James Larson, United States Magistrate Judge
*Printed name and title*

STATE AND NORTHERN DISTRICT OF CALIFORNIA )
                                          )         ss. AFFIDAVIT
CITY AND COUNTY OF SAN FRANCISCO          )

I, Adrienne Sparrow, being duly sworn, depose and state:

1. I am a a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and my primary assignment is the investigation of violent crimes, including bank robberies and other matters. I have been a Special Agent since August 1996.

2. This affidavit is submitted in support of a criminal complaint against PAUL DAVID STOLIKER, date of birth August 9, 1969, on grounds that he committed violations of Title 18, United States Code, Section 2113(a) - Bank Robbery. The elements of this offense are as follows: (1) the defendant used force, violence, or intimidation; (2) in taking money belonging to a financial institution; and (3) the accounts of that institution were then insured by the Federal Deposit Insurance Corporation.

3. In connection with my official duties, I have participated in the investigations involving the December 14, 2010, robbery of US Bank, 136 2nd Avenue, San Mateo, California ( hereinafter, "the bank"), and the December 14, 2010, robbery of Chase Bank, 3590 S. El Camino Real, San Mateo, California ( hereinafter, "the bank"). The facts stated in this affidavit are based on my personal knowledge, on my review of reports and records prepared by others, and on conversations I have had with other law enforcement officers and witnesses. Because this affidavit is submitted for the limited purpose of obtaining an arrest warrant for PAUL DAVID STOLIKER, I have not set forth each and every fact learned during the course of this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the arrest warrant sought herein. Unless otherwise indicated, where actions, conversations, and statements of others are related herein, they are related in substance and in part.

## US BANK ROBBERY, DECEMBER 14, 2010

4. On December 14, 2010, at approximately 4:40 p.m., a white male, (hereinafter, "the robber"), entered the bank lobby and waited to be called by the teller. He approached the victim teller's window and asked the teller whether there was an urgent care center near the bank. The teller replied that Mills Peninsula Hospital was close by and asked the robber whether he was ok. The robber then stated that it was fine. The robber leaned into the teller window and the teller saw a folded piece of paper with messy writing on it. The note stated, "I'm unarmed." The teller also saw the words "reserve" and "20s - 50s." The teller opened her drawer and showed the robber that it was empty. He then instructed her to open her top drawer, which she did. The robber pointed to the money that he wanted and told the teller repeatedly, "Give me that." Victim teller handed the robber U.S. currency. The robber took the note and the U.S. currency and said to the teller, " I'm sorry I had to do this to you." The robber then exited the bank onto 2nd Street.

Photos of good quality were obtained of that individual.

5. The robber was described as follows:

    (a.) Race:    White
    Sex:    Male
    Height:    Approximately 6'3"
    Build:    Average
    Age:    30 - 40
    Facial Hair:    Goatee
    Clothing:    Beige sweater, baseball hat, square, black framed eyeglasses

6. The audit determined the bank suffered a loss of $1330 in U.S. currency. Good video evidence was derived from the bank's digital security surveillance system. At the time of the robbery, US Bank was a member of the Federal Deposit Insurance Corporation, with FDIC certificate number 6548.

## CHASE BANK ROBBERY, DECEMBER 14, 2010

7. On December 14, 2010, at approximately 5:15 p.m., a white male, (hereinafter, "the robber") , approached the victim teller's window and asked the teller if he knew where the closest place to obtain medical care was. The robber stated that he did not want to go to the hospital because it was too expensive. The teller gave the robber directions to a clinic nearby. The robber took some papers out of his sweater pocket and sorted through them until he found a piece of paper which he unfolded and placed on the counter for the teller to read. The paper contained words to the effect of, "This is what it looks like." The teller noticed the words "reverse" and "only $100s, $50s and $20s." The teller gave the robber U.S. currency. The robber then stated that he knew there was another drawer and instructed the teller to give him the rest of the money. The teller gave the robber additional U.S. currency. The robber took the cash and exited the bank.

8. The robber was described as follows:

    (a.) Race:    White
    Sex:    Male
    Hair:    Light brown/blonde
    Clothing:    Tan sweater with a multi colored pattern on it and the letters "LRG" visible on a label on the front, a white shirt underneath the sweater, dark blue sweatpants, black Versace style eyeglasses with thick lenses
    Tattoos:    Black tattoo across shoulders/upper back
    Miscellaneous:    Carrying a folded newspaper

9. The audit determined the bank suffered a loss of $3,230. Video evidence of good quality was derived from the bank's digital security surveillance system. At the time of the robbery, Chase Bank was a member of the Federal Deposit Insurance Corporation, with FDIC certificate number 628.

10. After determining that the description of the bank robbers from both banks was similar, and the statements made to the victim tellers were similar, San Mateo Police Department Dispatch telephoned various urgent care facilities in the immediate area. A staff member at Immediate Care, 60 N. El Camino Real, San Mateo, California, advised that a man fitting the description provided by police dispatch had just entered their facility. Officers were dispatched to the location and detained the man at his vehicle, as they observed that he was wearing the sweater described as being worn by the robber. The robber was identified as PAUL DAVID STOLIKER, date of birth 08/09/1969, and subsequently arrested. Officers conducted a search of the robber's vehicle incident to arrest and located items of evidence inside the vehicle, including: a baseball hat with a UCLA insignia, a bank robbery demand note, square framed eyeglasses, and $2,130 in U.S. currency. Located on the robber's person was a tan patterned sweater, $2,129 in U.S. currency, and a Chase Bank withdrawal slip containing a date of "12/14/10", and the words, "Dumb Ass Robbing Bank." The note was signed "Stolvang."

11. San Mateo Police Department officers drove the victim tellers from both banks to the scene of the robber's arrest, where they positively identified the male, as being the bank robber.

12. A staff member at Immediate Care was interviewed by SA Haas and advised that on 12/14/2010, at approximately 6:00 pm, a man fitting the description of the bank robber provided by SMPD Dispatch entered their facility and asked whether he could obtain a prescription drug like Oxycontin or Vicodin. He stated that he was from Los Angeles and had lost his prescription. He later asked for methadone and was informed that he would need to go to the hospital in order to obtain that.

14. In a subsequent interview, STOLIKER was contacted at San Mateo County Jail and advised of his Miranda rights. STOLIKER stated that he did not wish to speak to interviewing agents at that time and the interview was terminated.

15. Upon review of the bank's digital video recordings of the robbery, Detective Tim Sullivan, Detective Glenn Texeira and other responding SMPD officers observed that the clothing worn by the bank robber, including the sweater, eyeglasses and hat, were similar to the clothing worn by or located with, STOLIKER at the time of his arrest.

## CONCLUSION

16. Based on the above information, I respectfully submit there is probable cause to believe that PAUL DAVID STOLIKER, a white male, date of birth August 9, 1969, did commit an offense against the United States, to wit:

(a.) STOLIKER did, on December 14, 2010, by force, violence, or intimidation, take from an employee of US Bank, 136 2nd Avenue, San Mateo, California, approximately $1,330, respectively in United States currency, in the care, custody, control, management, and possession of said bank, the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a) - Bank Robbery.

     (b.) STOLIKER did, on December 14, 2010, by force, violence, or intimidation, take from an employee of Chase Bank, 3590 S. El Camino Real, San Mateo, California, approximately $3,230, respectively in United States currency, in the care, custody, control, management, and possession of said bank, the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a) - Bank Robbery.

17. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

ADRIENNE G. SPARROW, Special Agent
Federal Bureau of Investigation

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 15th DAY OF DECEMBER 2010

HON. JAMES LARSON
United States Magistrate Judge